# UNITED STATES DISTRICT COURT

for the
District of Connecticut

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:13cr 20   (AVC) |
| HAROLD ANTHONY SOLTAU | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office  is ordered to conduct an investigation and prepare a  *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED**  that:

☐   At least 35 days before sentencing or ☒ by _____3/12/2013_____ , the initial presentence report shall be disclosed to counsel.

☐   Within 14 days after receiving the report or ☒ by _____3/26/2013_____ , the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐   No later than 7 days after the deadline for counsel's objections or ☒ _____4/5/2013_____ , the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date: _____4/12/2013_____

Response to Sentencing Memorandum Date: _____4/17/2013_____

The sentencing date  *(check one)* ☒ is set for _____4/23/2013_____ ,
☐ will be set at a later date.

A defendant's attorney who wishes to be present during the defendant's presentence interview must so notify the probation office within __3__ days of this order.

Date: _____1/29/2013_____

| / S / Thomas P. Smith |
|---|
| *Judge's signature* |

United States Magistrate Judge

*Printed name and title*